

NO. 2009-CR-0764

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | 226TH JUDICIAL DISTRICT |
| FLANZO LAFONTE TOWNES | § | BEXAR COUNTY, TEXAS |

## ORDER ON MOTION FOR
## POST-CONVICTION FORENSIC DNA TESTING

On this the _____ day of AUG 2 1 2014, 20____, the Court considered the Defendant's Motion for Forensic DNA Testing pursuant to Art. 64.01 (a) on the above-referenced cause and orders that the Motion be and is hereby:

(GRANTED / DENIED)

HONORABLE SID HARLE
226th Judicial District Court
Bexar County, Texas

(Bond) (Jail)                                   Sid: 579134

STATE OF TEXAS                              226TH DISTRICT COURT
BEXAR COUNTY

## APPOINTMENT OF ATTORNEY

The Court in accordance with Article 26.04 Code of Criminal Procedure, as
amended hereby appoints: James Oltersdorf, 15278630
                                                Attorney                    Bar No.
to represent defendant Alonzo Jennings, 579134
                                                Defendant/ Sid No#
in Case No. 2009 CR 0764.                                On appeal

Such representation is to continue, (unless relieved by the court
earlier, after a finding of good cause is entered on the record), until
charges are dismissed, the defendant is acquitted, all post-trial motions
are resolved, notice of appeal is perfected, or until relieved by the court or
replaced by other counsel.

Performance of duties under this order of appointment will result in
submission of your claim for payment by submitting a payment voucher for
court approval.

Notified of appointment on this 16 day of June, 2015.

SIGNED this 16 day of June, 20 15.

_____
JUDGE PRESIDING

# COURT OF APPEALS

**FOURTH COURT OF APPEALS DISTRICT**
CADENA-REEVES JUSTICE CENTER
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

UTF

#126

SAN ANTONIO
TX 780
OFFICIAL BUSINESS
08 JUL 15
STATE OF TEXAS
PM 11
STATE PENALTY
FOR PRIVATE USE



US POSTAGE
PITNEY BOWES
$ 000.48⁵
0003179973
JUL 09 2015
MAILED FROM ZIP CODE 78205

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUL 22 AM 11: 08
KEITH E. HOTTLE, CLERK

Flanzo LaFonte Townes
#1681141
Beto Unit 139
Tennessee Co